IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. GUL M. CHUGHTAI,

             Plaintiff,

    v.

BARACK OBAMA, et al.,

             Defendants.

CIVIL ACTION
NO. 15-0352

## ORDER

**AND NOW**, this 23rd day of December 2015, upon consideration of the Amended Complaint (Doc. No. 8); the Motion to Dismiss of Defendant David Hunter (Doc. No. 10); the Motion to Dismiss of Defendants Barack Obama, Deborah Lee James, Martin Valles, Alexander F. Daley, Ronald C. Walker, Richard C. Niemtzow, John Burr, David Hunter, Kenneth Vanek, "Chairman AF Board of Correction of Military Records," and "Chief, Material Licensing Branch, Div of Fuel Cycle and material Safety" (the "Federal Defendants") (Doc. No. 15); the Response in Opposition to the Motion to Dismiss of Defendant Hunter (Doc. No. 17), the Response in Opposition to the Motion to Dismiss of the Federal Defendants  (Doc. No. 18); the Reply of Defendant Hunter (Doc. No. 20); the "Memorandum of Additional Evidences" of Plaintiff  (Doc. No. 27); the Response in Opposition to the Memorandum of the Federal Defendants (Doc. No. 28); the Response in Opposition to the Memorandum of Defendant Hunter (Doc. No. 29); and arguments of Plaintiff and defense counsel made at the hearing held on the Motions on July 15, 2015; and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

    1.      The Motion to Dismiss of Defendant David Hunter (Doc. No. 10) is **GRANTED**.

1

2.      The Motion to Dismiss of Defendants Barack Obama, Deborah Lee James, Martin

Valles, Alexander F. Daley, Ronald C. Walker, Richard C. Niemtzow, John Burr,

David Hunter, Kenneth Vanek, "Chairman AF Board of Correction of Military

Records," and "Chief, Material Licensing Branch, Div of Fuel Cycle and material

Safety" (Doc. No. 15) is **GRANTED**.

3.      Any outstanding motions are **DENIED AS MOOT**.

4.      The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.