-------------------------------------------------------------------------------------------------------------

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **DR. GUL M. CHUGHTAI,** | : |
| | :   Case ID 2:15-cv-00352-JHS |
| **Plaintiff,** | : |
| Vs. | :   Reconsideration of my Appeal |
| **Barack Obama, President of USA and** | : |
| **Commander In Chief, the White House,** | : |
| **1600 Pennsylvania Ave; NW Washington,** | : |
| **DC 20500BARACK OBAMA,** | : |
| **et al.,** | : |
| | |
| **Defendants** | : |

-------------------------------------------------------------------------------------------------------------

## RECONSIDERATION OF APPEAL

**Appealant, Dr. Gul M. Chughtai resubmit this request of reconsideration of my appeal to this Hon Court against Malcolm Grow USAF Medical Center (MGMC), Andrews AFB, MD who terminated me unlawfully with malicious conspiracy based on retaliation, reprisal, harrasment, concealing crimes, racial discrimination due to race, color, creed and country of national origin.**

**COMES NOW, Dr. Gul M. Chughtai (hereinafter referred as " Appealant " and files this appeal against the Defendants, Mr. Barack Obama, President and Commander in Chief of Armed Forces and several Defendants as listed in my previous complaint, hereafter collectively, referred to as "Defendants". Appeal of reconsideration is being resubmitted based on the following facts :**

**Appealant alleges for cause of action, and in support thereof avers as follows:**

**1. Appealant is an individual over the age of 70 years who is presently residing in State of Pennsylvania from where Plaintiff was selected directly as Captain USAF for providing services as Medical Physicist to MGMC, Andrews AFB, MD.**

2. Appealant is again referring the letter dated 29 Sep'14 from Mathew H. Yetishefsky, Colonel, USAF, Chief Congressional inquiry and Travel Division Office Legislativeive Liaison SAP /LL, 1160 AF Pentagon Washington, DC 20330, in pursuant to SU.S.C Section 701,et, sq. and 28 U.S.C. section 149. Cogress authorizes an applicant to pursue final AF Board for Correction of Military Records (AFBCMR) decision through the US Court of Claims or US District Court. These Federal Courts have authority to set aside AFBCMR decision if they find them to be arbitrary or capricious ( Ref to Exhibit A in my original complaint filed on 11 March 2015 ).

3. The Appealant, **Dr. Gul M. Chughtai**, hereby submitting this appeal to this Hon. Court for reconsidering of my Appeal to review the ciminal activities of the two unlicensed Physicians, coverup the serious crime committed by Malcolm Grow USAF Medical Center (MGMC), Andrews AFB, MD who terminated my services as Chief Medical Physicist unlawfully with malicious conspiracy based on retaliation, reprisal, harrasment, concealing crimes, racial discrimination due to race, color, creed and country of national origin.

4. **ILLIGAL radiation treatment and violation of Federal law**

**( Federa NRC regulation 10 CFR 35.3(b)**

This is referred to two individuals who were not even doctors. One Mr. Richard Niemtzow at MGMC, Andrews AFB, MD and the second one Mr. Vinode Sachdeva, MGMC, Andrews AFB, MD, both these individualals were engaged in imparting **illegal nuclear nuclear radiation** to cancer patients who died silently one after the other. They were **NOT Physicians/Doctors** as per definition described in in Federsl Regulation 10 CFR 35.35(b). How can the MGMC, Andrews AFB prove that they were not in violation of Federal law. Is the MGMC, Andrews AFB is **above the LAW ?** Appealant request this honorable court to issue ORDER to Commander, MGMC, Andrews AFF Base or the **opposing Attorney** to provide PROOF or evidence that both these individuals, Richard Niemtzow and Vinode Sachdeva were Licensed Physicians. MGMC cannot lie in court of law and I will be truthful in my complaint in seeking justice ( Ref to **Exhibit E** original complaint filed on 11 March 2015 ).

5. **Criminal Treatment with experimental FDA Drug**

One of the unlicensed Physician, Richard C. Niemtzow involved in experimental drugs to patients. The drug was **not approved by the FDA**. Appealant, Dr. Gul M. Chughtai who was the Chief Medical Medical Physicist and Radiation Safety Officer (RSO) took courage as duty bound officer and reported this ongoing crime to US NRC and USF HQ. Can MGMC, Andrews AFB justify this criminal act? is the USAF above the law to kill innocent cancer patients? USAF Wil have to pay compensation to all those patients who died due to these fellows who were not even doctors. This Hon Court has authority to question the USAF thru these appointed GIOVT Attorneys. Or is it the USAF above the law. USAF Messed up with my professional career and disrupt my family life.

6. ANOTHER **VIOLATION OF MISADMINISTRATION OF RADIOACTIVE MATERIAL TO PATIENTS ( See regulation 10CFR 35.43, REF. Exhibit H** filed on 11 March 2015 ).

This honorable court issue AN ORDER to Commander, MGMC, Andrews AFF Base or the **opposing Attorney to provide an evidence that there was NO misadministration of radioactive material to patients in** Nuclear Medicine department as reported by the

**Appealant, Dr. Gul Chughtai, RSO under the authoroty of regulation setforth in 10CFR 35.21 by NRC. Patients were exposed to high radiation and that can cause cancer. Appealant has proof as an evidence to prove this complaint ( Ref E<u>xhibit G </u>original complaint filed on 11 March 2015 ). No one in USAF dare to to take corrective action against the criminal act and violation. but they retaliated against Dr. Chughtai. Where is Justice?**

7. **Retalaiation against Appealant when he reported the violations to NRC:**

**Appealant, <u>Dr. Gul M. Chughtai</u>, became target of retaliation, harrasment, reprisal and was discminated based on his creed, color, nad national origin and was forced to leave USAF when he reported this crime. The Appealnt has appealed to the President and Commander in Chief of Armed forces, Chief Justice of USA, Surgeon General of USAF, IG, AF; Secretary USAF, Secretary of Defennce and AF Board of Correction of Military Record. But not one was willing to provide justice.**

**a. As a result of reporting to NRC, I was retaliated by giving bad OFFICER Evaluation Reports( OERs) and was not promoted and forced to leave USAF (REF EXHIBIT N ).**

b. **Appealant also request this Honorable Court to** appoint an <u>investigation committette</u> **to probe in depth the following retalation incidence which destroyed my future, my family life and my professional career. They tried their level best to divert the attention from the serious licensing problems and concealed the facts.**

**c. Judicial Invetigation Committee (JIC) may kindly be appointed to investigate Qualifications regarding MS and Phd Degree of Mr. Richard C. Niemtzow. Where did he got these degrees and when? Why IG USAF or OSI never questioned or probed his real credentials. But they went after Dr. Gul Chughtai?**

**d. Commander, Gen Thomas P. Ball retaliated started OSI investigation against my credential. But he never questioned Physicians licensing problems. Why? Cammander igored my training, experience and achievements as described in my previous complaint ( REF: Exhibit B, C and D)**

**e. Col Daley locked my office at the instigated by Major Ronald Walker, Chief of Nuclear Medicine to cover his crime and by instigation of Kenneth Vanek, a Physicist who came uninvited from Wilford Hall Medical Ctr, Lackland AFB, San Antonio, TX. They made up a gange against Appealant and thus I became victim of retaliation and racial bias and they destroyed my AF career.**

**f. Commander, Major General Gen Ball conspired with the gang and initiate OSI investigation to divert the attention from the misadministration of radiactive material and licensing violations. Col Daley also sided with Ronald Walker to conceal the misadministration of radioactive material. The gang wanted to punish Dr. Chughtai who reported to NRC ( REF. Exhibit I)**

**g. Major General Thomas became part of the crime and tried to conceal the crime of licensing violations. When I was exonerated by OSI, Major General Thomas P. Ball wrote a recommendation letter after realizing that Dr. Chughtai was exonerated and his credentials are found in order. But it was too late as the damage was already done ( Ref Ref Exhit S).**

h.  Col Daley intentionally destroyed all the records of the minutes of meeting of the Radiation Safety Committee (RSC) of which I was the Chairman. It was reported in every quarterly meeting about the ongoig violations in Radiation Therapy and misadministration of radio active material to patients in Nuclear Medicine department ( Ref Exhibit H)

i.  Col Daley also transferred Appealant to to Bio Engineering section of MGMC and wrote my fake OER while Appealant  was not even working there in Radiation Therapy Department. ( This is violation of my rights) and an open discriminatin and harrasment.  Former Chairman, Col Maso and former Chief of Nuclear Medicine, Col Frank Vieras stand ready to testify to support Plaintif, Dr. Chughtai ( See their recommendation letters (Ref Exhibit U).

j. Col Daley called  Medical Physicist from Walter Reed Army Medical Ctr to check my Calibration and radiation dose measurement which comes out to be within 0.2%variation. Then he called another USAF Physicist, Major Johnson and he too could not find any difference. The gang became disappointed when they could not find any fault in my calibration reports.

k.  Col Daley also changed my title from <u>Chief of Medical Physics</u> to Computer Coordinataor Radiotherapy.  WHY?? Is not this is an open dicrimnation and retaliation? where is law of equal opportunity in USAF?  This  does not make any sence and appointed one of the unliced Physician, Richard C. Niemtzo as my supervisor aginst whom I repored licensing violations. This was the highes and most discriminatitory behaviour and disrespect to  Appealant  and to my profession (Ref : Exhibit 0).

l. Col Daley, Chairman Radiology down graded my OERs report and after the OSI exanerated me, the Commander, Gen Ball decided to transfer Plantiff to OEHL, Brooks AFB, TX directly under Lt Col John Burr who was hostile to me. The mission of the gang was to get Plaintiff dischrged by giving bad OERs.

m.  Worse treatment at OEHL, Brooks AFB, TX: Defendant Lt Col John Burr was instructed by Ken Vanek and Col Daley not to give professional tretament and gave worse OERs to Plaintiff so  I cannot be promoted. John Burr and Ken Vanek were their advisor at Andrews AFB and they wrongfully recommended to close the Radiation Therapy deptment at MGMC while NRC approved to continue under the supervision of Dr. Eli, Glatstien from NIH (  REF Exhibit P)

n.  Major David Hunter, OEHL, Brooks AFB, San Antonio became my supervisor and he was directed by John Burr and Ken Vanek to mistreat me and not to cooperate or assign any project. Once Major Hunter made a fetus dose calculation mistake and it happened that I saw those calculation and they were totally wrong. I told Majotr Hunter that he used wrong "Inverse Square Law " formula. So I helped him with the correct formula to calculate Fetus dose. Major Hunter accepted it with malice. However they gave me worse OER and Hence I was not selected as Major and was forced to resign from USAF.

o.   The bad OER written by Lt Col John Burr and Major Hunter on 20 Nov'87 at theinstigation of Ken Vanek and the gang from Andrews AFB, was removed from my AF recod by Joe G. Lineberger, Deputy for AF Review Board on 16 July 1991. This disappointed the entire gang from Andrews AFB to Brooks AFB.  This was the first relief I got from USF  (Ref EXHIBIT Q)

p.  A second bad OER was written on 15 Dec'1987 by Lt. Col John Burr and Major Hunter, but the Appealant  was, already got Honorable discharge (EXHIBIT R). This gang celebrated to thta they achieved their mission. But  Mr. Ken Vanek keeps on chasing me in the private

sector so I cannot take any job. That certialy affected me, and my family. They have no human respectand were acting with grudge and retaliation.

## 8. APPEALANTR, Dr. GUL CHUGHTAI ACHIEVEMENTS:

a. Appealant was selected in USAF by the Bio Environmental Corps as Health Medical Medical Physicist based on my education, recomendation and experience gained from Georgetown University Washington, DC and Howard University Washington, DC. (REF see Exhibit B, C and D).

b. US NRC reviewed . Appealant experience and training and approved me as Qualified Physicist

c. Based on NRC evaluation, my educationa and experience, Radiation Safety Committee approved me as Radiation Safet Office (RSO)

d. Based on my out standng job MGMC appointed me as Chief Medical Physicist

e. In 1984 based on my peformance, Chairman Colonel Maso recommended me to go and attend Squadron Officer School (SOS) at Air University, Maxwell AFB, Albama. I passed Squadron Officer School (SOS) successfully.

f. In 1984 based on my outstanding performance, USAF awarded me Commendation Medal for meritorious services in Medical Health Physics. It is all in my record.

g. I was appointed as Assistant Research Professor in Radiology and Nuclear medicine department of Uniformed Services University of Health Sciences, Bethesda, MD.

h. Appealant also provided services in Radiology and Radiation Safety to Bolling AFB, Washington DC and Pentagon, Washington, DC.

j. Appealant attended several courses in Health Physics and Medical Physics a various prestigious Institutions and Universities of USA. The gan totally ignored all my achievement and punished me with Grudge and ratalition. I am again hoping justice will prevail and these people will be punished for their crimes.

## 9. *Radiation Oncology Physics Training Courses :*

### I. The Philips Medical System Radiotherapy, Crawly, Sussex, England:

- **SL-18 CP-1 Medical Linear** Accelerator Course from 18th to 25th April'94 at Philips Medical Systems Radiotherapy, Crawly Sussex, England.

- **SL-Series Physicist (Advanced) Course CP-ii).** 2 from 1st to 12th Nov 1993 at Philips Medical Systems-Radiotherapy, Crawly, Sussex, England.

### II. The Texas university at MD Anderson Hospital and Tumor Institute,

**Houston ,Texas, (1 week-August 24- 31,1987):**

♦ **The dosimetry of the high energy electron and X-Ray Therapy Machines:** The course consisted of 50 hours of instructions and provided knowledge required to purchase, install, and commission a radiotherapy accelerator and to plan treatment using high-energy electron and photon beams. Lectures included a study of radiation dosimeters, calibration protocols, principles of high energy therapy machines, acceptance testing, Commissioning, Quality control, measurements, dose algorithms, treatment planning and treatment techniques. Lab demonstrated basic skills required for electron and photon dosimetry measurements.

♦ **External Beam Dosimetry-Principles and Calibration** (2 weeks; Jan 3-14, 83) Institutions included lectures and discussion on the basic Physics relating to therapeutic radiology and the principles of radiation dosimetry, also laboratory exercises including calibration and other necessary measurements on Cobalt- 60 irradiator and orthovoltage x-ray machines.

♦ **External Beam, Interstitial, Intracavitary dosimetry Manual and Computer Methods of Calculations:** (80 hours, Jan 19-30, 1981) instructions included lectures and practical tutorials in generation of open and wedged beams, tissue compensators, inhomogenity correction irregularity, compounding of beams for fixed and rotational therapy, Peterson-Parker (Interstitial & Intracavitary radiation treatment calculations).

### III. The Johns Hopkins Oncology Center, Baltimore, MD:
**Completed 9 Weeks residency program (Oct1985 to February, 1986). During this Period received training in the following area:**

♦ Treatment planning in photon and electron mode using VAX three dimensional computer systems;

♦ Weekly dosimetry calibration and quarterly absolute calibration of the Gammatron Cobat-60 unit, CL-4/80, CL-4/100, CL-20 and SL 18 medical linear accelerator using the AAPM TG- 21 protocol;

♦ Wrote a computer program for arc electron radiation therapy treatment for isocenter shift technique; verification of Dmax for different electron energies using TLDs.

## 10. RECOMMENDATIONS LETTERS BY USAF COLLAGUES

**Three Generals, two Colonel and two majors and several Civilian Professors highly suported Dr. Chughtai about his out standing performance. The following are the high ranking officers and civilian collagues with whom Dr. Chughtai worked very closely and they have**

provided excellent letters of recomendations lettes. But no one paid attention and the USAF mission was to discharde Dr. Gul Chughtai as he took courage and dare to challenge the crime.

1. General Monte B. Miller, Surgen Gen USAF ( former Commander MGMC)
    ( 12 Sep 1990)..... **Ref ... Exhibit U);**

2. Lt Genral Thomas P. Ball, Commander MGMC, Andrews AFb, MD
    ( 23 Sep 1995).... **(Ref Exhibit S);**

3. Brgdr. Vernon Chong, Comander, MGMC, Andrews AFB, MD;
    (28 Sep 1990 .... REf**. Exhibit U)**

4. Colonel Eugene C. Maso, Consultant Radiologist, Atlanta, GA;
    ( 10 March 1987 and 17 Jan 1991.... Ref . **Exhbit U)**

5. Colonel Franks Viaras, MD Consultant Nuclear Medicine, Peutorico ;       ( 30 March 1987 and nov 5 1991) .......... Ref **Exhibit U)**

6. Prof. Dr. Halamer Twigg, Chairman Radioliy,Georgetown Uniuv, Washington, DC;

7. Professor Dr. Richard C. Grankee Radiological Physicist ,Georgetown Univ. DC.

## 11.   INSPECTOR GENERAL COMMENTS :

Scott Brumbaugh, Col, USAF, Inspector General at Andrews AFB, MD, was sent an application requesting to investigate this serious licensing problem. They took all the reports and never went after the hospital for such serious violations. Scott Brumbaugh, Col, USAF, Inspector General made a statement that it is serious matter and for the sake justice, Dr. Chughtai must be compensated and investigation against the physician must be started. But no action was ever taken. No one question Richard Niemtzoew PhD and he was promoted to higher ranks. The two Physicians involved remained in USAF and served in different hospitals of USAF. One Richard C,. Niemtzo was promoted to the rank of Colonel and then after retirement he has been serving as the Civilian Physician. The other doctor was of an Indian origin and he never got promoted.

## 12. USAF Equal Opportunity  never helped

**My complaint was sent to this equaly opportunity unit and the lady (Loretta) Incharge called me and expressed stympathy but cannot** help at all. She confessed that Dr. Chughtai is a victim of retaliation. She may be aware about the politics of diverting the attention from the real crime. So she never considered my case.

## 13 . Acceptance of guilt and crime

Dr. Llyd Harmon, Col,USAF,MC Director Hospital services at MGMC, Andrews AFB, MD confessed that Radiation Therapy Dept, at MGMC was closed due to Licensing problems of both Physicians and Not due to Dr. Chughtai's credential (Exhibit T).

## 14. Defaming the Appealant

**Defendant, Kenneth Vanek, Medical Physicist, Wilford Hall USAF Medical Ctr, Lackland AFB, TX., is the main instigator and he damged the Appealanr :**

a.   Ken Vanek called the Washington Post and bad mouth about Dr. Chughtai' s credentials and initiated OSI investigation;

b.  Instigating Commander to initiate OSI investigation,

c.  Instigating the Commander, MGMC and bad mouthing to get the Appealant be transferred to OEHL, Brooks AFB.

d.  After my discharge from USAF, Ken Vanek keeps calling and bad mouthing all my employers in private sector such as DC General Hospital, Washington, DC, Howard University Hospital, Washington, DC and Johns Hopkins where I have consulting business.

e.  He turned out to be worse enmy in destroying my professional career.

## 15.   First Cause of Action
### Mental Agony

 a.   Appealant  alleges pargraphs that  Defendants Alex Daley intends to cause and did cause harm.  As a direct and proximate result of all defendants, Appealant suffered extreme mental anguish and physical pain. These injuries have caused Plaintiff to suffer general damages in an amount to be determined by proof at trial by a Jury. Here are a few harmful incident Which Colonel Daley  along with others did to Appealant:

b.  Harmful contact with Appealant by Col Daley by yelling, shouting and locking my office disgracefully and taking all my books and proofs to present  as evidence;

c.   Transferred me to Bio Engineering Department. He never supervised me and he should not written my OER during the period of investigation;

d.   Changing my professional title as Chief Medical Physicist to computer coodinator and making unlicensed Physician Richard Niemtzo as my Supervisor;

e.   Criminally destroying all the records of Radiation Safety  Committee (RSC) Minutes of meeting. All these reports were evidence to prove that laws were violated;

f.   Unofficially invited  Ken Vanek, Physicist from Wiford Hall medical Center, Lackland AFB so he can make a case against Appealant. Also John Burr, from OEHL was invited too to make gamge to work against  Appealant.  they came  all the way  from Wiford Hall USAF Medical Ctr, San Antonio, Texas to instigate further Col Daley and they  added fuel to the fire and joined the conspiracy against Dr. Chughtai;

h.  Alex Daley also supported  and made a gang with Major Ronald Walker, Ken Vanek and John Burr  to destroy my professional career;

i .  They also conspired to check my calibration and radiation measurement reports by calling a senior Physicist from Walter Reed Army Medical Center and another Physicist, Major Johnson  from USAF. But they failed to find any discrepency.

j. Commander MGMC, Director Health Services and Alex Daley, were aware about the bad intention of Ken Vanek's actions and such actions were done in the cause and scope of of the work of Ken Vanek by the other defendants and on the property of MGMC, Andrews AFB, MD and OEHL, Brooks AFB and therefore said Defendants are jontly and severly liable for the acts and damages committed by MGMC through, Commander, Alex Daley and Ronald Walker.

k . Defendants at MGMC acts were done knowingly, willfully and with malicious intent, and Plaintiff is entitled to punitive damages in an amount determined by proof at trial before a Jury.

## 16.   Second Cause of Action)
Assault

13. Plaintiff incorporates by reference paragraphs 15 (a to k) of the First cause of Actionas and Paragraphs 16 (a to i) if fully setforth. Defendants jointly as a gang of five(Col Daley, Ronald Walker, Ken Vanek, John Burr and David Hunter) intend to cause harm and did cause Appealant to suffer apprehension of an immediate furthe harmful contact by Defendants by:

a.  Making false OSI reporting, just to embarras Dr. Chughtai;

b.  Calling Washington Post just to defame Dr. Chughtai;

c.  Calling NRC to transfer the power to Air Force Radiation Safety Committee ;

d.  Advising David Hunter and John Burr to downgrade Dr. Chughtai's OERs ;

e.  John Bur used to shouting and yelling at Dr. Chughtai in his office and almost making threats, misbehaved and was extremely disrespectful and caused severe emotional distress;

f.  The behaviour of Defendant John Burr, Ken Vanek and Alex Daley has caused psychological damage and mental anguish for the Plaintiff;

g.  John Burr was harrasing, discriminating and punishing the Appealant by changing official title and not giving any assignment.

h  Lt Col John Burr, Defendant did not consider or respected the highest educational qualification of Dr. Chughtai and neve appreciated that Dr. Chughtai was awarded Commendation Medal and attended SOS in residency and have several other achievements to his credit.

i.  Also Appealant was directly selected as Captain and these Defendants have developed grudge and were jealous with Dr. Chughtai who achieved such credentials gracefully.

## 17.   Third Cause of Action
### Tortious Intrference

a.  Tortious Intrference with my services as Chief Medical Physicist with MGMC, AdrewsAFB, MD. MGMC acts were done knowly, willfully and with malicious intent,  with Appealant whi is entitled to punitive damages in an amount determined by proof at trial before a Jury.

b.  After getting discharge from USAF, Plaintiff was hired by DC, Genral Hospita, Washington, DC. After few months, Ken Vanek called a lady Inspector of NRC and after bad mouthing

instructed her to go and check Dr. Chughtai work at DC General Hopsital, Washington, DC. Ken Vanek also called my other clients, like the John Hopkins Cancer Ctr, Baltimore and Howard University Hospital, Washington, DC. TheNRC Lady was known to Mr. Ken Vank and that created lot of problems in my private contracts. Ken Vanek will leave no stone unturned to bother me, harm me and damage my professional reputation at every cost.

c.  Plaintiff was continuously being harrased and chased by Ken Vanek, Defendants intentionally and without any justification interfer with my private consulting  usiness which induced or otherwise caused all these contractors, to not perform the balance of  the contract with Appealant.

## 18.  Fourth Cause of Action
### Human rights Violations

a.  Defendants at MGMC action were done knowly, willfully and with malicious intent, and Appealant is entitled to punitive damages in an amount determined by proof at trial before a Jury.

b.  Plaintiff is a victim of retaliation, racial discrimination, harassment and intimidation by the five USAF officers who were openly violating my basic rights and no one in the AF dared to stop them. They were engaged in blatant act of terrorism, bullying,  harassment and discrimination due to my religious creed, color and national origin. Certainly  they were violating of my constitutional and human rights and they forced me to leave USAF by destroying my OERs and making false and malicious statements.

## 19. Fifthe Cause of Action
### Defamation- Slander

a.   Defendants at MGMC acts were done knowly, willfully and with malicious intent, and Appealant is entitled to punitive damages in an amount determined by proof at trial before a Jury.20.. Defendants Ken Vanek, Ronald Walker, Alexander Daley, John Burr and David Hunter made maliciously false statements, calling Press, bad mouthing about my educational qualification, experience and training at the Georgetown University hospitals, Washington, DC and the Johns Hopkins Cancer Center, Baltimore, MD.

b.  Those statements were false at the time they were made and remain false this date. The malicious statement impute criminal conduct to Appealant that would be punishable by imprisonment. The statements wered defamatory. Those statements were malicious, reckless and were uttered with wicious intent to harm Appealant. The action of the Defendants were wanton, willful, malicious, oppressive, outragious and unjustified and, therefore punitive damages are necessary and appropriate.

c.  The Air Force system failed to provide me the justice as the crime was concealed. The OSI initiated investigation against me simply to harass and intimidate Plaintiff. But OSI  never initiated investigation against the unlicensed Physicians who were committing crime and the Director of Health, MGMC about the violations. Despite the Physician were promoted and given different assignment as doctors. This was a cover-up and concealed the crimes. All the fabricated charges against me were unfound and I was exonerated by the OSI. But my AF carrier was damaged due to retaliation.

20.  **Reference Letters in support** of Plaintiff's acheivement are being submitted from professional colleagues from USAF (Exhibit U).

21.  **Training Certificates** in my specialty of Medical Physics are attached

(Exhibit V).

22.  **Copies of the professional lisenses** from the States of Maryland and

illinois are attache as (Exhibit W).

23.  **A letter from my Attorney** was sent to AF Boarad of Correction of Military Record. AS a result of this pleading, one of the bad OER written at OEHL, Brooks AFB was removed from my record, but no consideration was given for promotion(Exhibit X).

Your Honor, Plaintiff, Dr. Gui Chughtai is a victim of racial bias, retaliation, reprisal, harassment and intimidation. The 5 USAF officers (Col Alex Daley, Lt Col Ron Walker, Lt Col Ken Vanek, Lt Col, John Burr and Major Hunters) who were openly violating my basic rights and no one in the AF dared to stop them. They were engaged in blatant act of terrorism to harass me due to my religious creed, color and national origin.  Certainly it is violation of my constitutional and human rights and they forced me to leave USAF by destroying my Officers Evaluation Reports (OERs). The Air Force system failed to protect and provide me the justice as they tried to conceal the crime and targeted me by lying and abusing their authorities. The OSI or IG USAF  never initiated any investigation against the Physicians or the Director of Health, MGMC about the violations or ongoing crime of killing cancer patients using experimental drug and illegal nuclear radiation by two physicians who were NOT Physicians as per the definition of lOCFR 35.3(b) and were not licensed or authorized to use nuclear radiation in treating cancer. Despite they were promoted and given different assignment. This was a cover-up and concealing the facts. What was my FAULT or any complaint? All the fabricated charges were unfound and I was exonerated by the OSI. But my AF carrier was damaged due to retaliation. I am seeking justice from this Honorable Court as USAF has failed to provide me the justice.

**WHEREFORE**, Appealant  respectfully again requests this honorable court to reconsider to provide me justice that:

a.  AF Board of Correction of Military Record (AFBCMR) be ordered that Appealant's Officer Evaluation Reports (OERs), rendered on the periods ending 4 May 1986 and 20 November 1987 be declared void and removed from Plaintiffs records;

b.  Non Selection to the grade of Major is set aside;

c.  Plaintiff's records are to be corrected to show that Plaintiff was selected for promotion to the grade of Major by the Board which convened on Ist December 1986;

d.  Plaintiff be promoted to the higher rank with the award of the appropriate effective date of rank;

e.  Plaintiff's discharge on 22 January 1988 be declared void and he be retroactively restored to active duty Commissioned status with higher rank;

**f.  Cost of this action be reimbursed**

g.  **General damages in the amount of an amount to be determind by proof at trial**

h.  **Punitive damages be awarded**

i.  **Plaintiff afforded such other and further relief as may be deemed appropriate and/ or necessary to accord him full and complete relief, including, but not limited to, payment of any pay and allowances due as a result of the correction of my records.**

## JURY TRIAL IS REQUESTED

                                                                    **Respectfully submitted**

**Date : Ist March 2016**                        *gul m. chughtai*

                                            **Dr. Gul M. Chughtai, MS, PhD. (USA) Pro Se**

                                                    **8115 Ferndale Street, Philadelphia, PA 19111**

                                                                            **Cell# 267-864-8103**

---------------------------------------------------------------------------------------------------------------------


### CERTIFICATE OF SERVICE

**The undersigned certifies that on the date noted below he electronically file a copy of the foregoing Entry of Appearance through the ECF System which constitutes service on the following :**

**parties who have consented to electronic service:**


| 1.  Landon Y. Jones, Esq. | LAW OFFICES OF THOMAS J. WAGNER, Assistant |
| U.S. Attorney | Gabriel C. Major, Esquire           615 Chestnut |
| Street, Suite 1250 | 1628 John F. Kennedy Blvd. |
| 8 Penn Center, 6th Floor | Philadelphia, PA 19103 |
| Phila., PA 19106-4476 | |
| landon.jones@usdog.gov | gmajor@wagnerlaw.net |

**Date : Ist March 2016**

*gul m. chughtai*

**Dr. Gul M. Chughtai, MS, PhD. (USA)**

**Pro Se**

**8115 Ferndale Street, Philadelphia, PA 19111**

**Cell# 267-864-8103**