IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Dr. Gul CHUGHTAI :
: CIVIL ACTION NO. 15-CV-352
vs. :
MR OBAMA, President USA :
et el. :
: FILED
: MAY 24 2016
: MICHAEL E. KUNZ, Clerk
: By_____ Dep Clerk

## MOTION

I, Dr. Gul M. CHUGHTAI Submit this motion to Extend the date for 60 days to Submit my Appeal to Court of Appeal for Seeking Justice. I have been sick and was hospitalized for treatment of Hypertension, Dehideration, Dizziness and High Blood Pressure and Sugar Level as high as 460.0. I am still going for physiotherapy as I got involved in Car accident.

Your Hon, I am also appealing and Submitting my request for In forma Paupris as I am Jobless and Cannot pay fee. Thank You For Your Kind Consideration

Sincerely, [signature] 5/24/16
Dr. Gul Chughtai
Ex. Chief Medical physicist
USAF